Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**
AUG 28 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
EASTERN District of CALIFORNIA
CIVIL Division

LORAINE GOODWIN

Plaintiff(s)

-v-

AMAZON Services LLC
AMAZON.COM, INC., and DOES 1 to 20
Defendant(s)

Case No. 1:17CV 01157 AWI BAM

Jury Trial: (check one) ☒ Yes ☐ No

COMPLAINT FOR NEGLIGENCE, FRAUD, REFUSAL TO SUPPLY INFORMATION, UNJUST ENRICHMENT, DEFAMATION LIBEL PER SE FALSE LIGHT

## COMPLAINT FOR A CIVIL CASE

**The Parties to This Complaint**

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address

LORAINE GOODWIN
1625 HOWARD ROAD, STE. 277
CITY OF MADERA, MADERA COUNTY
CALIFORNIA 93637

559-974-2855

**B.   The Defendant(s)**

Se 1 (Rev. 12/16) Complaint for a Civil Case

1

2  Defendant No. 1

3   Name
    Job or Title *(if known)*            AMAZON Services, LLC
4   Street Address                        C/O CORPORATION SERVICE COMPANY
    City and County                       300 DESCHUTES WAY SW, STE 304
5   State and Zip Code                    TUMWATER, WA ZIP 98501
6   Telephone Number
    E-mail Address *(if known)*
7

8
9  Defendant No. 2

10  Name
    Job or Title *(if known)*            AMAZON.COM, INC.
    Street Address                        C/O CORPORATION SERVICE COMPANY
11  City and County                       300 DESCHUTES WAY SW, STE 304
12  State and Zip Code                    TUMWATER, WA ZIP 98501
    Telephone Number
13  E-mail Address *(if known)*
14

15  Defendant No. 3

16  Name                                  DOES to be determined
    Job or Title *(if known)*
17  Street Address
18  City and County
19  State and Zip Code
    Telephone Number
20  E-mail Address *(if known)*
21

22  Defendant No. 4

23  Name
    Job or Title *(if known)*
24  Street Address
25  City and County
    State and Zip Code
26  Telephone Number
27  E-mail Address *(if known)*
28

Page 2 of 11

**Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Taxes

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, LORAINE GOODWIN, is a citizen of the State of *(name)* CALIFORNIA

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  Defendant #1 is a corporation
        The defendant, Amazon SERVICES LLC, s incorporated under the laws of the State of Washington, and has its principal place of business in the State of Washington

Pro Se Complaint for a Civil Case                              Goodwin v. Amazon

## III.                          STATEMENT OF FACTS

   Plaintiff is a buyer of Amazon.com goods online. Amazon Defendants are affiliated with Amazon.com and are in the business of providing online buying and selling services. Plaintiff alleges Amazon.com has Plaintiff's name and address in their computer system because they have sent purchases to Plaintiff on many occasions before 2013. Plaintiff had sold a few goods on Amazon.com in 2012, under the pseudonym santafairy, but the account was closed in 2012 by Amazon.com and Plaintiff never sold any goods on Amazon.com since the 2012 closure and no 1099 was ever generated, to Plaintiff's knowledge, before the I.R.S. notice of 2015.

   On or around February 15, 2015  Plaintiff was informed by the I.R.S. that she owed over $24,000 in past taxes and fees/fines for unreported income in 2013. Plaintiff later found that income was reported by Amazon Services LLC in the amount of $82,570 to the I.R.S.. Later a U.S. attorney sent Plaintiff a list of transactions between Amazon and an unknown person using Plaintiff's name and social security number but an unknown address in another state. Plaintiff wrote to the attorney for Amazon Services LLC but was told they would not do anything to help Plaintiff investigate the matter since they were not involved as a party in the Tax Court lawsuit. Plaintiff had requested to know who opened the account and what bank they were using to process money sent to them from Amazon. Based on Amazon's 1099, the I.R.S. demands money.

   . Around March 2016, Plaintiff was informed by the I.R.S. that a 2015 1099 was filed using Plaintiff's ID for unreported income in 2015.

Pro Se Complaint for a Civil Case                                   Goodwin v. Amazon

    **A.**                     **FIRST CAUSE OF ACTION**
                              **NEGLIGENCE**
                          **(AMAZON DEFENDANTS)**

1. Plaintiff herein incorporates by reference all the allegations made in previous page 1 section 1 through present, inclusive, as though fully set forth herein.

2. Amazon Defendants are affiliated with Amazon.com and are in the business of providing online buying and selling services.

3. Plaintiff alleges unknown DOES opened an account(s) with Amazon on an unknown date.

4. Plaintiff alleges Amazon failed to properly research the account application and went ahead anyway and opened the account.

5. Plaintiff alleges Amazon owed Plaintiff a duty of care because plaintiff had privity with Amazon because plaintiff is a member of the class of prospective buyers and sellers for which defendants performed services, so in legal effect the services at the center of this complaint could be considered to have been intended for plaintiff.

6. Plaintiff alleges that it is foreseeable that a prospective buyer or seller would suffer harm if the service was deficient. Plaintiff also alleges there was a close causal connection between the defendant's conduct and any damage resulting from the service deficiencies. And Plaintiff also alleges the policy of preventing future harm would not be served by shielding defendants from liability. Plaintiff alleges Amazon had a duty to check carefully the information supplied by the unknown DOES and to refuse to open the account if there was any suspicion of identity theft or fraud.

7. Plaintiff alleges that the Amazon defendants breached their duty when they: (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; and (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances.

Pro Se Complaint for a Civil Case                                    Goodwin v. Amazon

8. Plaintiff alleges as a direct and proximate cause of the reckless, unlawful and fraudulent acts and practices of the Amazon Defendants, Plaintiff has suffered damages in the form of I.R.S. costs, litigation and investigation costs, severe mental distress in the form of anxiety, depression, and exacerbated physical pain.

### B  SECOND CAUSE OF ACTION
### FRAUD
### (ALL DEFENDANTS)

9. Plaintiff herein incorporates by reference all the allegations made in previous page 1 section 1 through present, inclusive, as though fully set forth herein.

10. Plaintiff alleges that the Amazon defendants defrauded plaintiff with (i) the intentional, willful, or recklessly negligent representations that the party(s) were plaintiff, and that these representations were in fact false. The truth is that plaintiff had no connection with state or bank account of the DOE party(s).

11. Plaintiff alleges on or about April 15, 2014, Amazon induced reliance of I.R.S. by submitting the 1099 indicating that the party was researched and the 1099 was the truth.

12. Using Plaintiff's identification, Amazon made material representations to the I.R.S. of earned income eventhough Amazon had no reasonable grounds for believing that to be the truth with the willful or reckless intent to burden and oppress plaintiff.

13. Plaintiff alleges Amazon defendants concealed and suppressed material facts because when plaintiff asked the Amazon defendants to disclose the details of the identity fraud and tax fraud, which only they knew, the defendants refused to assist in the Tax Court investigation. Plaintiff alleges

Pro Se Complaint for a Civil Case                    Goodwin v. Amazon

defendants were bound to disclose some facts related to the fraudulent Amazon account. Instead, the defendants stated they are not a party to the Tax Court suit in an attempt to oppress and prevent plaintiff from discovering the concealed or suppressed facts.

14. Plaintiff alleges in justifiable reliance on Amazon's conduct, the I.R.S. notified plaintiff she failed to claim substantial 2013 income and demanded taxes, fines and fees. Because of Amazon's conduct, plaintiff is damaged financially, burdened with Tax Court, and accused of a tax crime.

C
### THIRD CAUSE OF ACTION
### REFUSAL TO SUPPLY INFORMATION
### (AMAZON DEFENDANTS)

15. Plaintiff herein incorporates by reference all the allegations made in previous page 1 section 1 through present, inclusive, as though fully set forth herein.

16. In 2015, Plaintiff contacted Amazon attorneys about the I.R.S. confusion based on a fraudulent 2013 1099 submitted by Amazon. Amazon attorneys refused to provide any information about the fraudulent account or the fraudulent transactions.

17. Plaintiff alleges Amazon had a duty to help cure the fraud and identity theft by supplying information to the Plaintiff or the Tax Court and reduce court congestion and waste.

18. Amazon had a duty also because the I.R.S. contacted Plaintiff based on a fraudulent 1099 submitted to I.R.S., and not to Plaintiff. Plaintiff further alleges that Defendant Amazon, in an attempt to discourage Plaintiff by oppression, stated it refused to offer any information about the alleged identity theft unless Plaintiff brought a lawsuit against Amazon. Plaintiff

Pro Se Complaint for a Civil Case　　　　　　　　　　　　Goodwin v. Amazon

for this reason, also seeks full disclosure with the help of the court.

19. Plaintiff alleges Amazon had easy access to all of the needed information in their computer records. Plaintiff further alleges that by refusing to supply any information needed for the U.S. Tax Court Lawsuit, Amazon became complicite co-defendant in the conspiracy against Plaintiff to extend the tax debt, identity theft, fraud and to further defame Plaintiff as failing to report income alleged by Amazon to have been earned online.

20. Plaintiff has been damaged in her reputation in the community and, since she is a professional, the damage is per se and does not need to be individualized.

### D　　　FOURTH CAUSE OF ACTION
### UNJUST ENRICHMENT
### (AGAINST ALL DEFENDANTS)

21. Plaintiff incorporates herein by reference the allegations made in page 1 section 1 through present, inclusive, as though fully set forth herein.

22. According to the Internal Revenue service, Defendants sent the I.R.S. a 1099 stating they had a direct continuing relationship with Plaintiff in 2013, in the buying and selling of goods on the internet. In May 2017, Plaintiff was again notified by the I.R.S. that a 2015 1099 had been submitted by defendants which Plaintiff again alleges as false.

23. Based on this alleged direct relationship with the defendant Plaintiff alleges;

(i) that the defendant was enriched at the plaintiff's expense in that defendants received a profit and a tax write-off from all goods sold on the internet and Plaintiff was not allotted any of the profit and the 2013 1099, and any others submitted, are false; and

(ii) that it is against equity and good conscience to permit the Defendants to retain the benefits of the profits from the sales of the goods sold on the internet and not give compensation as stated on the false 1099s, and hold the Plaintiff liable for the income tax for the alleged goods sold for the alleged amount taxes due with penalties and fines. As Plaintiff was not a participant in any of the business transactions, it is against good conscience and equity to hold the Plaintiff liable for taxes on alleged profits and to permit the other parties to retain the alleged benefits.

24. By their wrongful acts and omissions, the Defendants have been unjustly enriched at the expense of the Plaintiff, and the Plaintiff has been unjustly deprived. Plaintiff alleges the Amazon Defendants have unjustly written off the over $80,000 in alleged business expenses from their I.R.S. 2013 tax form while the Plaintiff has been charged by the I.R.S. with the alleged income.

25. The foregoing acts and practices have caused damage and substantial harm to Plaintiff as an individual as stated above.

**E          FIFTH CAUSE OF ACTON
DEFAMATION PER SE and FALSE LIGHT
(AGAINST AMAZON DEFENDANTS)**

26. Plaintiff herein incorporates by reference all the allegations made in page 1 section 1 through present, inclusive, as though fully set forth herein.

27. The Defendants caused Plaintiff to suffer financial losses and diminishment of professional community reputation.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants jointly and severally, as follows:

    Amazon defendants rescind all 1099s and full disclosure

    Plaintiff awarded 20 years of anti-fraud services

Pro Se Complaint for a Civil Case            Goodwin v. Amazon

Punitive damages against Amazon defendants for tortious conduct in depriving and conspiring to deprive plaintiff and loss of community esteem. Plaintiff seeks punitive damages in amount of $1,000,000.00.

    Settlement/closure of related IRS cases

    Other compensation the court may deem just.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 3, 2017

Signature of Plaintiff

Printed Name of Plaintiff: LORAINE GOODWIN

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address